■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. GRANT ALLEN, Appellant.— Order of the County Court, Nassau County, dated June 10, 1968

and made on reargument, affirmed insofar as appealed from. No opinion. Appeal from order of said court dated February 27, 1968 dismissed as academic. That order was superseded by the order dated June 10, 1968, which granted reargument and adhered to the original decision. Beldock, P. J., Benjamin, Munder, Martuscello and Kleinfeld, JJ., concur.